IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TIMOTHY D. HURICKS | § | |
| VS. | § | CIVIL ACTION NO.   1:25-CV-435 |
| JACQUELYN WOMACK, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Timothy D. Huricks, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institution Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Jacquelyn Womack, Jovanni Bolden, and Kimberly Arnold.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On May 28, 2026, the magistrate judge recommended dismissing the action pursuant to 28 U.S.C. § 1915(e) for failure to state a claim.  To date, the parties have not filed objections to the report and recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge [Dkt. 18] is ADOPTED.  A final judgment will be entered in accordance with this order.

**SIGNED this 13th day of July, 2026.**


_____
Michael J. Truncale
United States District Judge